IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY TRAPANI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREATWIDE LOGISTICS SERVICES, LLC., et al. | : | NO. 10-334 |

ORDER

AND NOW, this 29th day of August, 2011, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 6), the plaintiff's opposition, defendants' reply thereto, and after oral argument on March 9, 2011, and for the reasons stated in a memorandum of today's date, IT IS HEREBY ORDERED that said motion is GRANTED.  Judgment is entered for the defendants and against the plaintiff.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.